The following constitutes the order of the court.
Signed May 29, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    No. 12-48817
                                         Chapter 7
MICHAEL EUGENE WHITE,
JUANETTA WHITE,

        Debtors.
_____/

**MEMORANDUM REGARDING DEBTORS' MOST RECENT MOTION TO REOPEN**

The Court hereby refers the debtors to the Order Conditionally Vacating Dismissal and Reopening Case entered April 11, 2013. The Court notes that no certificate of service or other evidence has been provided to show that the chapter 7 trustee, Paul Mansdorf, was sent the required tax documents. Mr. Mansdorf's address may be found on the Court Service List that follows this order.

Consistent with the April 11, 2013 order, its deadline for performance notwithstanding, the Court will consider reinstating the case after the deficiency that gave rise to its dismissal has been remedied. Debtors must submit the tax documents to the trustee and provide evidence of that submission to the Court.

**END OF ORDER**

```
 1
                          COURT SERVICE LIST
 2   Michael Eugene White
     1811 Mt. Goethe Ct.
 3   Antioch, CA 94531

 4   Juanetta White
     1811 Mt. Goethe Ct.
 5   Antioch, CA 94531

 6   Paul Mansdorf
     1563 Solano Ave. #703
 7   Berkeley, CA 94707

 8   U.S. Trustee
     Office of the U.S. Trustee
 9   1301 Clay St. #690N
     Oakland, CA 94612
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                                                                  2
```