The following constitutes the order of the court.
        Signed June 11, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                       No. 12-48817
                                             Chapter 7
MICHAEL EUGENE WHITE,
JUANETTA WHITE,

        Debtors.
_____/

**MEMORANDUM DIRECTING DEBTORS TO SET FOR HEARING
THE MOTION TO VACATE DISMISSAL AND REOPEN CASE**

    In the Memorandum issued May 29, 2013, the Court indicated that it would consider reinstating the case after the deficiency that gave rise to its dismissal had been remedied. Chapter 7 trustee Paul Mansdorf has notified the Court of his receipt of the required tax documents. It appears that the grounds that gave rise to the dismissal have been remedied.

    The Court is concerned about the amount of time that has elapsed between the dismissal of the case of March 6, 2013 and the present. The Court will consider reinstating the case only after a hearing is set, that hearing is noticed to all creditors and the trustee on at least fourteen (14) days, and the hearing is held.

The debtors will appear at the hearing in support of the Motion. Based on the foregoing, the debtors are instructed as follows:

A hearing date on the Motion may be obtained through contacting Courtroom Deputy and Calendar Clerk Dianna Passadore at (510) 879-3533. After a hearing is set, and at least fourteen days before that hearing date, the debtors will send the following documents to the trustee and all creditors: (1) The Motion to Vacate Dismissal and Reopen the Case; (2) Notice of the Hearing, including its date, time, and the Court's location. The Notice shall include that opposition to the Motion will be heard at the hearing and that responding parties need not but may file responsive pleadings in opposition to the Motion. Finally, these documents will also be filed with the Court along with a certificate of service listing all recipients served with the Motion and Notice under penalty of perjury and signed by the individual who effected the service.

**END OF ORDER**

```
 1                                COURT SERVICE LIST
 2   Michael Eugene White
     1811 Mt. Goethe Ct.
 3   Antioch, CA 94531

 4   Juanetta White
     1811 Mt. Goethe Ct.
 5   Antioch, CA 94531

 6   Paul Mansdorf
     1563 Solano Ave. #703
 7   Berkeley, CA 94707

 8   U.S. Trustee
     Office of the U.S. Trustee
 9   1301 Clay St. #690N
     Oakland, CA 94612
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Case: 12-48817    Doc# 48    Filed: 06/11/13    Entered: 06/11/13 16:22:30    Page 3 of 3